858

No. 488, Misc.  PEREZ *v.* HERITAGE, WARDEN;
No. 509, Misc.  FORESTIER *v.* HERITAGE, WARDEN;
No. 510, Misc.  VALPAIS *v.* HERITAGE, WARDEN;
No. 511, Misc.  PACHECO *v.* HERITAGE, WARDEN;
No. 512, Misc.  PEREZ *v.* HERITAGE, WARDEN;
No. 513, Misc.  GONZALEZ *v.* HERITAGE, WARDEN;
No. 514, Misc.  MUZA *v.* CALIFORNIA ET AL.;
No. 525, Misc.  DeMARIOS *v.* COCHRAN, CORRECTIONS DIRECTOR;
No. 530, Misc.  SANTOS *v.* HERITAGE, WARDEN;
No. 537, Misc.  ARRIETA *v.* HERITAGE, WARDEN;
No. 538, Misc.  GALARZA *v.* HERITAGE, WARDEN;
No. 539, Misc.  CARRION *v.* HERITAGE, WARDEN; and
No. 540, Misc.  MARTINEZ *v.* DICKSON, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 335, Misc.  WILSON *v.* CHAMBERS, CHIEF JUDGE, ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 251.  SCHNEIDER *v.* RUSK, SECRETARY OF STATE. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Milton V. Freeman, Robert E. Herzstein, Horst Kurnik* and *Charles A. Reich* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for respondent.

No. 134.  NAMET *v.* UNITED STATES. C. A. 1st Cir. Certiorari granted. *John H. FitzGerald* for petitioner. *Solicitor General Cox* for the United States.